**Order filed July 23, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00049-CV**
_____

**PARKWAY CHEVROLET, INC., Appellant**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY AND KRISTEN DUCHARME, Appellees**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-51182**

# O R D E R

Appellant's brief was originally due April 12, 2019. On May 7, 2019, this court issued an order requiring appellant to file a brief on or before May 22, 2019. On May 28, 2019, appellant filed a motion to extend time to file the brief in which counsel averred that the clerk's record was insufficient. In requesting additional time in which to file its brief appellant averred that it would request a supplemental clerk's record to be filed with this court. This court extended the due date for appellant's

brief an additional 30 days to June 28, 2019. No brief, supplemental clerk's record, or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 7, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM